0100-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 12:00:00 AM
Accepted 4/27/2015 8:53:33 AM
ABEL ACOSTA
CLERK



P**ublic**
D**efender's**
O**ffice**
Harris County, Texas

1201 Franklin Street, 13th Floor
Houston, Texas 77002

713.368.0016
713.437.4322  Fax

FILED IN
COURT OF CRIMINAL APPEALS

April 25, 2015

April 27, 2015

Mr. Abel Acosta, Clerk
Texas Court of Criminal Appeals

ABEL ACOSTA, CLERK

via: efile

re: *State of Texas v. Osmin Peraza*, PD 0100-15 & 0101-15

Dear Mr. Acosta:

This letter is to advise the Court that I will present oral argument on behalf of the Appellant Mr. Peraza in the above-described appeal on May 20, 2015 at 9:00 a.m.

Sincerely,

/s/ *Jani J. Maselli Wood*

Jani Maselli Wood

cc:    Ms. Lisa McMinn
        State Prosecuting Attorney